PD-0567-15          NO. 03-13-00275-CR

MARIO LEWIS
        APPELLANT

        V

STATE of TEXAS

§   COURT of CRIMINAL APPEALS
§
§       of TEXAS
§
§
§
§

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUN 22 2015
Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS
JUN 26 2015
Abel Acosta, Clerk

## MOTION TO SUSPEND

THE APPELLANT ASKS THE COURT TO SUSPEND TEX. R. APP. PROC. 9.3 BECAUSE HE DO NOT HAVE ACCESS TO A COPY MACHINE HERE AT CLEMENTS UNIT 9601 SPUR 591, AMARILLO, TEXAS 79107-9606

## PRAYER

WHEREFORE, APPELLANT PRAYS THE COURT GRANT THE REQUESTED RELIEF.

                                    X ___Mario Lewis___
                                              APPELLANT